1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900                    *E-FILED - 4/7/10*
6      San Jose, California 95113
       Telephone: (408) 535-5042
7      FAX: (408)535-5066
       matthew.parrella@usdoj.gov
8  Attorneys for Plaintiff

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,        )     No. CR-09-00834 RMW
                                    )
13           Plaintiff,             )
                                    )STIPULATION AND [xxxxxxxxxxx **ORDER**
14                                  )**CONTINUING SENTENCE DATE**
                                    )
15     v.                           )
                                    )
16                                  )
   GREGORY SCOTT DIXON,             )
17                                  )
             Defendant.             )
18  _____  )

19
   **IT IS HEREBY STIPULATED AND AGREED**, by and between Joseph P. Russoniello,
20
   United States Attorney, and Matthew A. Parrella, Assistant United States Attorney, counsel for
21
   the United States of America, and Manuel U. Araujo, Esq., counsel for defendant, that the
22
   sentencing date currently scheduled for April12, 2010, be vacated and continued to June 1,
23
   2010, or to a date thereafter at the convenience of the Court.
24
       This Stipulation is entered into for the following reasons:
25
       1.    The defendant is presently scheduled to be sentenced on April12, 2010.  The
26
   defendant has filed numerous factual objections to the Draft Pre-Sentence Report.  The
27
   government is evaluating these objections and requires more time to complete its review and
28

1  response to same.

2      2.      Counsel for the defendant has spoken with the defendant and the defendant has no
3  objections to the continuance sought herein.

4      3.      The defendant is not in custody.

5      4.      This continuance is sought to save the court's time and resources, to allow time
6  for the Government to respond to issues which may have a bearing on sentencing calculations.

7

8  DATED this 29th day of March, 2010.

9

10 JOSEPH P. RUSSONIELLO
   United States Attorney
11

12
          /s/                                                            03/29/10
13 MATTHEW A. PARRELLA                                                   DATE
   Assistant United States Attorney
14

15
          /s/                                                            03/29/10
16 MANUEL U. ARAUJO                                                      DATE
   Attorney for Defendant
17

## ORDER

Based upon the foregoing representations made by the parties by stipulated motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter shall be removed from the Court's calendar on April 12, 2010 and set for sentence on June 1, 2010, or a date thereafter at the convenience of the Court.

DATED:   4/7/10

_____
RONALD M. WHYTE
United States District Judge